IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Faulkner, Appreccia D

Printed: 9/23/08

Case Number: 08 B 01881
Judge: Hollis, Pamela S
Filed: 1/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 11, 2008
Confirmed: March 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 230.00 |  |
| Secured: |  | 217.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 12.92 |
| Other Funds: |  | 0.00 |
| Totals: | 230.00 | 230.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 0.00 |
| 2. | Regional Acceptance | Secured | 8,134.20 | 217.08 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 668.59 | 0.00 |
| 4. | Regional Acceptance | Unsecured | 830.99 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,774.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 644.00 | 0.00 |
| 7. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 8. | Credit Bureau Of Columbus Services | Unsecured |  | No Claim Filed |
| 9. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 10. | HSBC | Unsecured |  | No Claim Filed |
| 11. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 12. | KCA Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,365.78 | $ 217.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 9.99 |
| 6.5% | 2.93 |
|  | _____ |
|  | $ 12.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Faulkner, Appreccia D

Printed: 9/23/08

Case Number: 08 B 01881
Judge: Hollis, Pamela S
Filed: 1/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

